**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEIKHOU SARR,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN JEREMY CASEY,<br><br>                                    Respondent. | Case No.:  3:26-cv-02343-RBM-MSB<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [Doc. 3];**<br><br>**(2) GRANTING MOTION FOR APPOINTMENT OF COUNSEL [Doc. 4]; AND**<br><br>**(3) SETTING BRIEFING SCHEDULE** |

On April 10, 2026, Petitioner Cheikhou Sarr ("Petitioner") filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition").  (Doc. 1.)  That same day, Petitioner also filed an Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") in which he attests he has no means to pay the $5.00 filing fee. (Doc. 3.)  Accordingly, the Court **GRANTS** Petitioner's IFP Application (Doc. 3) and **DIRECTS** the Clerk of the Court to file the Petition without prepayment of the filing fee.

1

## I.    MOTION FOR APPOINTMENT OF COUNSEL

Petitioner filed a Motion for Appointment of Counsel requesting "that the Court appoint an [a]ttorney to represent him in this case." (Doc. 2 at 1.)

"Whenever the United States magistrate judge or the [C]ourt determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . (B) is seeking relief under section 2241, 2254, or 2255 of title 28." 18 U.S.C. § 3006A(a)(2). A "financially eligible person" is one who is "financially unable to obtain adequate representation in accordance with this section." *Id*. § 3006A(a). "In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (citations omitted).

In this case, as Petitioner attested in his IFP Application, Petitioner is detained at the Imperial Regional Detention Facility, is not employed, and has no other sources of income. (Doc. 3 at 1.) Petitioner has therefore sufficiently alleged that he cannot afford to hire counsel. "The Court also finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented." *Astafev v. Warden*, Case No. 3:26-cv-00313-RBM-AHG, ECF No. 4 (S.D. Cal. Jan. 30, 2026) (citing *Weygandt*, 718 F.2d at 954). Accordingly, the Court **APPOINTS** Federal Defenders of San Diego, Inc. as counsel.

## II.    ORDER TO SHOW CAUSE

Petitioner claims that he was re-detained despite his prior release on parole and that his immigration detention for over ten months "has become unconstitutionally prolonged" in violation of the Fifth Amendment's Due Process Clause. (Doc. 1 at 5–6.)

The Court finds that summary dismissal of the Petition is unwarranted. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted).

2

Accordingly, Petitioner **MAY** file an amended petition on or before **April 27, 2026**. Respondents are **ORDERED TO SHOW CAUSE** on or before **May 4, 2026 at 4:30 p.m.** as to why the Petition, or any amended petition, should not be granted by: (1) filing a written response; (2) filing as exhibits all documents or evidence relevant to the determination of the issues raised, including any decisions issued by an immigration judge in Petitioner's immigration proceedings and any relevant documents reflecting Petitioner's immigration history; and (3) making a recommendation regarding the need for an evidentiary hearing. Petitioner **MAY** file a reply on or before **May 11, 2026 at 4:30 p.m.** The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1) and this Order to the United States Attorney's Office and to Federal Defenders of San Diego, Inc. Counsel for Petitioner **SHALL FILE** a notice of appearance **on or before April 22, 2026**.

**IT IS SO ORDERED**.

DATE: April 16, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3:26-cv-02343-RBM-MSB